**MAURICE WUTSCHER LLP**
Patrick J. Kane (SBN 273103)
440 Stevens Avenue, Suite 200
Solana Beach, CA 92075
Tel. 858-381-7860
E-mail: pkane@mauricewutscher.com

*Attorneys for Plaintiff,*
*Poser Investments, Inc. assignee of*
*Ramada Worldwide Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (EASTERN DIVISION – RIVERSIDE)

|  |  |
|---|---|
| RAMADA WORLDWIDE INC. | Case No.:  5:12-cv-00982-ABC |
| Plaintiff, | **[RENEWAL OF JUDGMENT BY CLERK** |
| v. | |
| POSER INVESTMENTS, INC. | |
| Movant, | |
| v. | |
| ACCREDITED MEDICAL LLC and JENNIFER BURKNER | |
| Defendant(s). | |

Based upon the instant Application for Renewal of judgment and supporting declaration, and pursuant to <u>Federal Rule of Civil Procedure 69(a)</u> and California Rules of *Code of Civil Procedure* §§ 683.110 to 683.220, and good cause appearing therefor, the judgment of this Court entered in favor of Plaintiff and Judgment Creditor, Poser Investments, Inc., as assignee of Ramada Worldwide, Inc., on April 17, 2012 ("Judgment") against Defendants and Judgment Debtors Accredited Medical LLC and Jennifer Burkner ("Judgment Debtors") is hereby renewed in the amounts set forth below:

| a. | Amount of Original Judgment (including pre-judgment interest) | $147,052.87 |
|----|----|----|
| b. | Amount of Attorney's Fees and Costs | $0.00 |
| c. | Subtotal of Original Judgment & Fees | $147,052.87 |
| d. | Interest on Subtotal of Original Judgment and Fees at 0.110% per annum from 04/17/2012 to 04/04/22 (Daily interest $0.44) | $1,649.49 |
| e. | Total amount of renewed judgment in this District (c. + d.) | $148,702.36 |

DATED: ___April 14, 2022___

By: ___*Sharon Hall Brown*___

Clerk of the Court

KIRY K. GRAY,
CLERK OF U.S. DISTRICT COURT